# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

____Barry Shannon_____
             Plaintiff

                                            CIVIL ACTION

      V.
                                            NO. 11-11754-RGS_____

____Citibank(South Dakota) N.A. et al_____
             Defendant

## ORDER OF DISMISSAL

____STEARNS, D. J.

In accordance with the Court's Memorandum and Order dated __11/4/11_____

_____ granting defendant's motion to dismiss, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

                                            By the Court,

__11/4/11_____          /s/ Elaine Flaherty
      Date                                  Deputy Clerk

(Dismissal Memo.wpd - 12/98)